# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

### CIVIL NO. 1:05CV36
### (1:03CR41)

| | | |
|---|---|---|
| **KAMIL MRLINA,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **Vs.** | ) | **O R D E R** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on Petitioner's motion for relief pursuant to Fed. R. Civ. P 60(b).

Because Petitioner's previous § 2255 motion was dismissed without prejudice to him refiling same, the instant motion is moot. *See* **Order filed February 24, 2005 ("[T]he Petitioner's motion to vacate, set aside, or correct sentence . . . is hereby DISMISSED WITHOUT PREJUDICE** *to the filing of another petition*") (emphasis added).

**IT IS, THEREFORE, ORDERED** that the Petitioner's motion for relief is hereby **DENIED** as moot.

**Signed: May 9, 2005**

Lacy H. Thornburg
United States District Judge